UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

STEVEN SCHULTZ )　　　　　CASE NO.　09-15178-FJO-13
MICHELLE SCHULTZ )
)
Debtor(s) )

## TRUSTEES'S ORIGINAL OMNIBUS OBJECTION TO CLAIM(S)

Comes now Ann DeLaney, Trustee herein, and files this Original Omnibus Objection to Claim(s), pursuant to Fed.R.Bankr.P. 3007(d). **Claimants receiving the objection should locate their names and claims on the chart below.**

| Claimant | Claim # | Grounds for Objection | Proposed Treatment |
|---|---|---|---|
| Bass & Associates | 19 | A court order has been issued determining treatment. | Claim shall not be treated by the Trustee as said claim is being surrendered. |
| Ind Dept Work Force Develop | 5 | A court order has been issued determining treatment. | Claim disallowed as filed. Claim to be allowed in the amount of $543.00 priority. |
| Santander Consumer | 14 | A court order has been issued determining treatment. | Claim disallowed as filed as debtors' confirmed plan offered to pay fair market value. Therefore, the Trustee proposes the claim be allowed in the amount of $18,300+5.5% secured and the remaining balance as unsecured. |
| | | | |
| | | | |
| | | | |

A separate notice setting the time for responding to the objection will be sent by the Court. If you agree with the objection and the Trustee's proposed treatment of your claim, you do not need to respond.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted:


　　　　　　　　　　　　　　　　　　　　　　　/s/ Ann DeLaney
　　　　　　　　　　　　　　　　　　　　　　　Ann DeLaney

PO Box 441285
Indianapolis, IN 46244
PH: (317)829-7360
Fax:(317)829-7369
E-Mail: anndelaney341@trustee13.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing Trustee's Original Omnibus Objection to Claim has been duly served upon the following individuals, electronically or by United States mail, first-class postage prepaid, on this date: October 21, 2010:

| | |
|---|---|
| U.S. Trustee | *via electronic mail* |
| Darrell Dolan | *via electronic mail* |

Steven Paul Schultz
Vikki Michelle Schultz
10707 Downing Street
Carmel, IN 46033

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

**Ind Dept Work Force Develop**
10 North Senate Avenue
Indianapolis, IN 46204-2277

Santander Consumer USA
P.O. Box 560284
Dallas, TX 75356-0284

/s/ Ann DeLaney
Ann DeLaney

| | | |
|---|---|---|
| 09-15178-FJO-13<br>Steven Paul Schultz<br>Vikki Michelle Schultz<br>10707 Downing Street<br>Carmel, IN 46033 | 09-15178-FJO-13<br>HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | 09-15178-FJO-13<br>**Ind Dept Work Force Develop**<br>10 North Senate Avenue<br>Indianapolis, IN 46204-2277 |
| 09-15178-FJO-13<br>Santander Consumer USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | | |