SO ORDERED: November 30, 2010.



_____
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

    STEVEN SCHULTZ            CASE NO 09-15178-FJO-13
    MICHELLE SCHULTZ
DEBTOR(S)

---

ORDER ON TRUSTEE'S ORIGINAL OMNIBUS OBJECTION TO CLAIMS

---

    Ann M. DeLaney, Trustee for the Debtor(s) herein, having filed her Original Omnibus Objection to Claims,

    And the Court, after extending notices and opportunity for hearing, and no responses having been filed (or having received withdrawal of any submitted response), or the claim to which the trustee has objected having been withdrawn, now finds that said Objection appears proper in all respects and, accordingly, it is

    ORDERED, ADJUDGED, AND DECREED that the Trustee's Original Omnibus Objection to Claims is hereby approved in all respects.

###